UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19 CR 493 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| NATHAN JESUS BAEZA, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Nathan Jesus Baeza, which was referred to the Magistrate Judge with the consent of the parties.

On August 21, 2019, the government filed an Indictment, charging Defendant Baeza, in counts 1 and 2, with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, and Attempted Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. Section 846, 841(a)(1, and (b)(1)(A). Defendant was arraigned on August 30, 2019, and entered a plea of not guilty to counts 1 and 2 of the Indictment, before Magistrate Judge Baughman. On December 12, 2019 Magistrate Judge Greenberg received Defendant Baeza's plea of guilty to counts 1 and 2 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Baeza is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Nathan Jesus Baeza is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 21 U. S. C. Sections 846, 841(a)(1) and (b)(1)(A). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on April 2, 2020, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*  
UNITED STATES DISTRICT JUDGE

January 8, 2020