# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE: SOLOMON OLIVER |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:19 CR 493 |
| -vs- | ) | |
| | ) | |
| NATHAN BAEZ | ) | **SENTENCING MEMORANDUM SUPPLEMENT** |
| Defendant | ) | |

` Defendant, through counsel, hereby submits the letter of Dr. Fantry. This letter outlines the many physical health problems of the defendant.

Respectfully submitted,

/s/ James J. McDonnell_____
JAMES J. MCDONNELL (0005802)
55 Public Square, Suite 2100
Cleveland, Ohio 44113
(216) 781-2125
FAX (216) 363-6054

## Certificate of Service

I herby certify that a true copy of the forgoing motion was filed electronically on JUNE 3, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ James J. McDonnell
JAMES J. MCDONNELL (0005802)
Counsel for Defendant