

April 07, 2020

NATHAN BAEZA
5151 N KAIN AVE UNIT 21
TUCSON, AZ 857051246

To Whom It May Concern:

The person above is currently under my medical care at the Banner University Medical Center Infectious Diseases Clinic. He has HIV, gstroesophageal reflux, and asthma. He takes Triumeq, ompeprazole, and albuterol. Because of his asthma, he is a higher risk of mortality from COVID19 than the general population. He needs to avoid crowded conditions (> 10 people) and wash his hands frequently with soap and water. If this is not possible in the current facility, alternative living arrangements should be made.

If you require additional information please contact our office.

Sincerely,
LORI FANTRY MD

*Lori Fantry*

Name: BAEZA, NATHAN J　　　　1 of2　　　　DOB: 05/19/1990