UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:19 CR 493 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| NATHAN BAEZA, | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Defendant Nathan Baeza's ("Defendant") Motion for Release ("Motion") on bond pending sentencing. (ECF No. 28.) The court hereby denies the Motion as moot in light of the Judgment of Conviction (ECF No. 35) entered on June 17, 2020. The court does not opine on the merits of any potential petition for relief that Defendant may file. If Defendant seeks such relief, however, the compassionate relief statute, 18 U.S.C. § 3582(c), would provide the process to follow.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 20, 2020